**[6nhrga]** [NOTICE OF HEARING ON REAFFIRMATION AGREEMENT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:17−bk−03584−KSJ
Chapter 7

Michael Patrick Hendricks
429 Ruth Street
Longwood, FL 32779

Kirsten Hendricks
429 Ruth Street
Longwood, FL 32779

_____Debtor(s)_____/

## NOTICE OF NONEVIDENTIARY HEARING ON REAFFIRMATION AGREEMENT

   NOTICE IS HEREBY GIVEN that a hearing in this case will be held on November 28, 2017 at 01:30 PM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following and transact such other business that may come before the court:

   Reaffirmation Agreement Between Debtor and Santander Consumer USA Inc. along with the related Reaffirmation Agreement Explanation (if filed). The debtor is directed to attend the reaffirmation hearing.

   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

   Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   DATED on October 11, 2017 .

FOR THE COURT
Sheryl L. Loesch, Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801